# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALVIN VAUGHT ET UX NANCY VAUGHT | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:17-cv-170 |
| OCWEN LOAN SERVICING, LLC, POWER DEFAULT SERVICES, INC., AND WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2 | § § § § § § § | |
| Defendants. | § § | |

**DEFENDANT WILMINGTON FSB'S CONSENT TO REMOVAL**

Defendant Christiana Trust, a division of Wilmington Savings Fund Society FSB, not in its individual capacity but as Trustee of ARLP Securitization Trust Series 2014-2 ("Wilmington FSB")[1] hereby consents to the removal of *Alvin Vaught et Ux Nancy Vaught v. Ocwen Loan Servicing, LLC, Power Default Services, Inc., and Wilmington Trust National Association not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*, Cause No. 17-010-451 in the 451st Judicial District Court of Kendall County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.

Dated: March 3, 2017.

---

[1] Wilmington FSB has been incorrectly named by Plaintiffs as Wilmington Trust, National Association not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2.

Respectfully submitted,

/s Jeffrey R. Seewald
**Jeffrey R. Seewald**
State Bar No. 17986640
jseewald@mcglinchey.com]
MCGLINCHEY STAFFORD PLLC
1001 MCKINNEY ST, STE. 1500
HOUSTON, TEXAS 77002
(713) 335-2102 (TELEPHONE)
(713) 335-2102 (FACSIMILE)

**CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST SERIES 2014-2**